UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID KLEIN and ALL BROTHERS
INVESTMENTS, LLC,

    Plaintiffs,

v.

CITY OF JACKSON,

    Defendant.
    _____/

Case No. 09-14688

Honorable Patrick J. Duggan

## **JUDGMENT**

This matter is before the Court on Defendant's motion to dismiss or, in the alternative, for summary judgment. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion is granted and Plaintiffs' complaint is **DISMISSED** with prejudice.

    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Date: August 18, 2010

Copy to:
Frank G. Becker, Esq.
James E. Tamm, Esq.
Richard V. Stokan, Jr., Esq.